IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM MADISON,

Defendant.                                             No. 09-30026-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Madison's January 7, 2013 pro se motion to request action by the Court on a previously filed motion (Doc. 156). Said motion is **GRANTED**. On January 6, 2013, the Court directed the parties to brief, on or before January 22, 2013, the issues contained in Madison's motion for retroactive application of sentencing guidelines to crack cocaine offense 18 USC 3582 – 2011 (Doc. 146). Once the issues are briefed by the parties, the Court will issue a decision on the pending motion.

**IT IS SO ORDERED**.

Signed this 9th day of January, 2013.

**Chief Judge
United States District Court**